[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-15813

_____

D. C. Docket No. 05-01423 CV-7-RDP

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 28, 2007
THOMAS K. KAHN
CLERK

LOIS SAYER, on behalf of herself and
others similarly situated,

                                        Plaintiff-Appellant,

        versus

AMSOUTH INVESTMENT SERVICES, INC.,
AMSOUTH BANK,

                                        Defendants,

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(June 28, 2007)

Before EDMONDSON, Chief Judge, HULL and FORRESTER,[*] Circuit Judges.

_____

[*]Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia,
sitting by designation.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's grant of Defendant-Appellee's motion for summary judgment. Accordingly, we affirm the judgment in favor of Defendant-Appellee.

AFFIRMED.